UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



THE AUTOMOBILE INSURANCE COMPANY
OF HARTFORD, CONNECTICUT

        Plaintiff,

v.                             ACTION NO. 2:09cv2

DUANE K. HAYES,
LAWANDA GRACE, and
BONNIE L. KELLER,

        Defendants.

## FINAL ORDER

This matter comes before the court on the Motion for Summary Judgment, filed by the plaintiff on November 20, 2009. The matter was referred to a United States Magistrate Judge by order of December 11, 2009, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The United States Magistrate Judge's Report and Recommendation was filed on January 8, 2010. The magistrate judge recommended granting Plaintiff's motion for summary judgment.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the

magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed January 8, 2010. Accordingly, the plaintiff's motion for summary judgment is **GRANTED**, and judgment shall be entered declaring that plaintiff has no duty to defend or indemnify Duane K. Hayes or Lawanda Grace in the case pending in the Circuit Court for the City of Norfolk, Virginia, titled <u>Bonnie L. Keller v. Duane K. Hayes a/k/a Keith D. Hayes and Lawanda Grace</u>, At Law No. CL08-2783.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 25, 2010